**Order filed September 26, 2013**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00710-CV

_____

### KATHERINE MILLIKEN, Appellant

### V.

### MICHAEL TUROFF, Appellee

**On Appeal from the 215th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2011-68872**

## O R D E R

The notice of appeal in this case was filed August 6, 2013.  To date, the filing fee of $175.00 has not been paid.  No evidence that appellant has established indigence has been filed.  *See* Tex. R. App. P. 20.1.  Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee in the amount of $175.00 to the clerk of this court on or before **October 11, 2013.** *See* Tex. R. App. P. 5. If

appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM